ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/21/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT BOWERY INC., et al.,

                 Plaintiffs,

   v.

THE ARENA GROUP HOLDINGS, INC.,
et al.,

                 Defendants.

25 Civ. 6609 (LLS)

ORDER

It having been reported to the Court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

Dated:  New York, New York
       January 21, 2026

                         _____
                          LOUIS L. STANTON
                          U.S.D.J.